IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LISA ANN FIXEL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF UTAH,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:08-CV-797 DB |

     Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on February 4, 2009, recommending that Plaintiff's case be dismissed and her motion for service of process be denied or deemed moot.

     The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed such an objection.

     Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

Recommendation and DISMISSES Plaintiff's case.  Plaintiff's motion for service of process is moot.

    IT IS SO ORDERED.

    Dated this 23rd day of February, 2009.

                                        Dee Benson
                                        United States District Judge